**Affirmed and Opinion Filed January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00089-CR

### JAY SANDON COOPER, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2
Grayson County, Texas
Trial Court Cause No. 2011-2-1391**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Brown
Opinion by Chief Justice Wright

A jury found Jay Sandon Cooper guilty of driving while intoxicated and assessed punishment at thirty' days confinement in jail and a $2,000 fine. The trial court sentenced appellant in accordance with the jury's verdict. Appellant filed a notice of appeal, and he thereafter chose to represent himself on appeal. The reporter's record was filed on May 7, 2014. The clerk's record was filed on May 13, 2014. On July 16, 2014, we ordered appellant to file his brief within thirty days. A supplemental clerk's record was filed on September 11, 2014, and on September 12, 2014, we ordered appellant to file his brief by October 3, 2014. On September 16, 2014, appellant filed a letter designating additional items for the clerk's record. On October 14, 2014, we received a supplemental clerk's record with a letter from the Grayson County Clerk stating that the items requested were included in the September 11, 2014 supplemental clerk's

record, except for the documents for in camera inspection and the Bond Information were not filed as of record. On November 13, 2014, this Court ordered appellant to file his brief by December 1, 2014. We warned that failure to do so would result in submission, without further notice, of the appeal without briefs. *See Lott v. State*, 874 S.W.2d 687, 87–88 (Tex. Crim. App. 1994); *see also* TEX. R. APP. P. 38.8(b)(4). Appellant neither filed a brief nor responded to the Court's order. Accordingly, the appeal is submitted without briefs.

Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140089F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JAY SANDON COOPER, Appellant

No. 05-14-00089-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
No. 2, Grayson County, Texas
Trial Court Cause No. 2011-2-1391.
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered January 8, 2015.